COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NO.  2-09-372-CR

 

 

BENITO HINOJOSA                                                             APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                              STATE

                                               ----------

                 FROM
COUNTY COURT AT LAW OF WISE COUNTY

                                               ----------

                 MEMORANDUM OPINION[1] AND
JUDGMENT

                                               ----------

We
have considered appellant=s
AMotion To Withdraw Appeal.@  The
motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R.
App. P. 42.2(a).  No decision of this
court having been delivered before we received this motion, we grant the motion
and dismiss the appeal.  See id.;
Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:
MEIER, J.; CAYCE, C.J.; and LIVINGSTON, J.

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: December 10, 2009











[1]See Tex. R.
App. P. 47.4.